## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRANDI A. HORN**                                                                  **PLAINTIFF**

**v.**                                    **CASE NO. 3:23-CV-00205-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Martin O'Malley, Commissioner**                                     **DEFENDANT**

### ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's

recommended disposition [Doc. No. 11] is adopted.  The commissioner's decision is affirmed

and judgment is entered for the defendant.

IT IS SO ORDERED this 2nd day of August, 2024.


_____
UNITED STATES DISTRICT JUDGE